UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| AVERY J. LADD JR., | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:13-CV-67 |
| | ) | *Judge Curtis L. Collier* |
| BRADLEY COUNTY MAYOR GARY | ) | |
| DAVIS, SHERIFF JIM RUTH, JAIL | ) | |
| ADMINISTRATOR GWEN BEAVERS, | ) | |
| JAIL ADMINISTRATOR TONY MOORE, | ) | |
| JAIL ADMINISTRATOR ALAN WALSH, | ) | |
| JAIL ADMINISTRATOR ANDERSON | ) | |
| SANDERS, BRADLEY COUNTY LAW | ) | |
| ENFORCEMENT COMMITTEE CHAIR- | ) | |
| MAN BRIAN SMITH, AND BRADLEY | ) | |
| COUNTY FINANCE COMMITTEE | ) | |
| CHAIRMAN ED ELKINS, | ) | |
| | ) | |
|    *Defendants*. | ) | |

## MEMORANDUM

      Plaintiff Avery J. Ladd Jr. ("Plaintiff"), a Bradley County Justice Center inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (Court File No. 2). Plaintiff's complaint failed to set forth facts which the Court could liberally construe to support a constitutional violation or state a cognizable claim against the defendants in their individual or official capacities. Because the Court determined Plaintiff might have been able to cure the deficiencies, it *sua sponte* granted Plaintiff a thirty-day extension in which to file an amended complaint to correct the deficiencies on June 14, 2013 (Court File No. 3). Plaintiff was forewarned that failure to file an amended complaint addressing the deficiencies may result in his complaint being dismissed with prejudice.

      Plaintiff has failed to respond to the Court's order or give any indication that he intends to proceed with this action. Accordingly, Plaintiff's complaint will be **DISMISSED WITH**

**PREJUDICE** in its entirety for the reasons explained in the Court's June 14, 2013, Memorandum and Order, i.e., for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A (Court File No. 2).

An appropriate Judgment will enter.

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**